■ In the Matter of ROBERT HAIGLER, Petitioner, v PAUL CHAPPIUS, as Superintendent of Elmira Correctional Facility, Respondent. [37 NYS3d 717]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Chemung County) to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier II determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has been granted all the relief to which he is entitled, the petition must be dismissed as moot (*see Matter of Ballard v Racette*, 140 AD3d 1428, 1428 [2016]).

McCarthy, J.P., Garry, Egan Jr., Devine and Aarons, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.